UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.10-24008-CIV-UNGARO/TORRES

BOOKIT.COM, INC.,

Plaintiff,

vs.

USA BOOK IT, LLC., et al.,

Defendants.
_____/

**[PROPOSED] ORDER GRANTING AGREED AND JOINT MOTION
FOR CONFIDENTIALITY ORDER**

The Court having considered the Agreed and Joint Motion For Confidentiality Order filed by the parties is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Confidentiality Order attached as Exhibit 1 to the Agreed and Joint Motion for Confidentiality Order and Memorandum of Law in Support shall hereby govern the disclosure of information and documents in this proceeding.

So ORDERED and SIGNED this _____ day of _____, 2011.

 

_____
UNITED STATES DISTRICT JUDGE

{WP770369;1}